# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

MARK THOMAS,

                  Defendant.

Case No. 17-CR-68-JPS

**ORDER**

On April 11, 2017, the government filed a four-count indictment, which charged the defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), possession marijuana, in violation 21 U.S.C. § 841(a)(1) and (b)(1)(D), possession of more than fifty marijuana plants, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A)(i). (Docket #1). On June 15, 2017, the parties filed a plea agreement indicating that the defendant agreed to plead guilty to Counts One and Two, and that the remaining counts would be dismissed at sentencing. (Docket #10 at 2-4).

The parties appeared before Magistrate Judge Nancy Joseph on June 23, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #13). The defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an

independent factual basis containing each of the essential elements of the offenses. (Docket #13 and #14).

Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #14). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #14) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge